## STATE of Missouri, Respondent,

v.

## Darrell GREEN, Appellant.

### No. 70866.

Missouri Court of Appeals,
Eastern District,
Division One.

May 13, 1997.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Eva Sterner, Asst. Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, Darrell Green ("defendant"), appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of sale of a controlled substance, RSMo § 195.211 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurispru-

dential purpose, we affirm the judgment pursuant to Rule 30.25(b).